## Commonwealth *v.* Trotter, Appellant.

Submitted December 6, 1974. *Joseph M. Miller* and *John W. Packel,* Assistant Defenders, and *Benjamin Lerner,* Defender, for appellant; *Suzanne Balen Ercole, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant

732

District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The decision of the lower court in denying relief under the Post Conviction Hearing Act is reversed and the record is remanded to the court below, permitting appellant to file post-verdict motions, raising all cognizable claims, *nunc pro tunc. Commonwealth v. Norman,* 447 Pa. 217, 285 A.2d 523 (1971). Such motions are to be filed by appellant within seven (7) days after he has received notice of this order and that the record is in the court below.